# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BATES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　Defendants. | 1:14-cv-2085-LJO-SAB<br><br>ORDER RE PLAINTIFFS' VOLUNTARY DISMISSAL OF DEFENDANT J. CLARK KELSO (DOC. 10) |

　　On January 22, 2015, Plaintiffs filed a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Doc. 10 at 1. Plaintiffs request that the Court issue an order dismissing the complaint without prejudice against Defendant J. Clark Kelso only.

　　Based on Plaintiffs' notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court DISMISSES the complaint without prejudice against Defendant J. Clark Kelso only.

**SO ORDERED**
**Dated: January 23, 2015**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

1