# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BATES, et al., | Case No. 1:14-cv-02085-LJO-SAB |
| Plaintiffs, | ORDER REQUIRING PLAINTIFFS TO EITHER FILE AN EXECUTED NOTICE OF SERVICE OF SUMMONS OR SERVE THE COMPLAINT WITHIN TWENTY DAYS |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

On December 29, 2014, Plaintiff filed a complaint alleging violations of the Eighth Amendment.  (ECF No. 1.)  On January 7, 2015, this action was related to Smith v. Schwarzenegger, 1:14-cv-00060-LJO-SAB (E.D. Cal), and reassigned to the undersigned.  (ECF No. 8.)  On January 22, 2015, the Court found that this action met the requirements to be consolidated with Smith, but that consolidation would further delay Smith.  Accordingly, this action was stayed to allow the Court to address a motion to dismiss in Smith.  (Id.)

On October 19, 2015, the stay of this action was lifted due to the decision being issued on the motion to dismiss in Smith.  The summons in this action was issued on December 31, 2014 and as of the date of this order, Plaintiffs have not returned an executed notice of service of the summons and complaint.  Local Rule 135(c).

/ / /

/ / /

1

1  Based on the foregoing, Plaintiffs are HEREBY ORDERED to either file an executed
2 notice of service of summons or serve Defendants in this action with a summons and copy of the
3 complaint within twenty days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **November 4, 2015**

UNITED STATES MAGISTRATE JUDGE