# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BATES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | Case No.  1:14-cv-02085-LJO-SAB <br><br> ORDER ON STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING <br><br> (ECF No. 29) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the time for Defendants to file a responsive pleading in this matter is extended to March 1, 2016.

IT IS SO ORDERED.

Dated:   **January 11, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1