# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BATES, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-02085-LJO-SAB |
| MARLON ALTAMIRANO, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00607-LJO-SAB |
| ANDREW ALANIZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al,<br><br>　　　　Defendants. | Case No. 1:15-cv-01063-LJO-SAB |
| JOSE APARICIO, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-01369-LJO-SAB<br><br>ORDER STAYING ACTIONS PURSUANT TO THE STIPULATION OF THE PARTIES |

The parties have stipulated to stay proceedings in these matters until the resolution of the appeals in Smith v. Schwarzenegger, appeal no. 15-17155, Hines v. Youssef, appeal no. 15-16145, and Jackson v. Brown, appeal no. 15-17076.  Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. All pending deadlines and hearings are VACATED in each of these cases; and
2. Defendants shall file a responsive pleading in these matters forty-five days after the mandate issues in Smith v. Schwarzenegger, appeal no. 15-17155.

IT IS SO ORDERED.

Dated:   **February 18, 2016**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

2