# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANIZ, *et al.* | CASE NO: 1:15-cv-1063-LJO-SAB |
| PLAINTIFFS, | CASE NO: 1:14-cv-2085-LJO-SAB |
| v. | CASE NO: 1:15-cv-1901-LJO-SAB |
| SCHWARZENEGGER, *et al.* | CASE NO: 1:15-cv-0607-LJO-SAB |
| DEFENDANTS. | CASE NO: 1:15-cv-1369-LJO-SAB |

ALANIZ, *et al.*

        PLAINTIFFS,

v.

SCHWARZENEGGER, *et al.*

        DEFENDANTS.

BATES, *et al.*

        PLAINTIFFS,

v.

SCHWARZENEGGER, *et al.*

        DEFENDANTS.

BIRGE, *et al.*

        PLAINTIFFS,

v.

SCHWARZENEGGER, *et al.*

        DEFENDANTS.

ALTAMIRANO, *et al.*

        PLAINTIFFS,

v.

SCHWARZENEGGER, *et al.*

        DEFENDANTS.

APARICIO, *et al.*

        PLAINTIFFS,

v.

SCHWARZENEGGER, *et al.*

        DEFENDANTS.

CASE NO: 1:15-cv-1063-LJO-SAB
CASE NO: 1:14-cv-2085-LJO-SAB
CASE NO: 1:15-cv-1901-LJO-SAB
CASE NO: 1:15-cv-0607-LJO-SAB
CASE NO: 1:15-cv-1369-LJO-SAB

ORDER RE STIPULATION TO CONTINUE HEARING

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.     The hearing on Defendants' motion to dismiss in the above reference actions is CONTINUED from June 18, 2019 to **July 31, 2019, at 10:00 a.m**. in Courtroom 9;

2.     Plaintiff's opposition to Defendant's motion to dismiss shall be filed on or before July 1, 2019; and

3.     Defendants' reply brief, if any, shall be filed on or before July 17, 2019.

IT IS SO ORDERED.

Dated:   **May 20, 2019**

UNITED STATES MAGISTRATE JUDGE