# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BATES, et al., | Case No. 1:14-cv-02085-LJO-SAB |
| Plaintiffs, | |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| MARLON ALTAMIRANO, et al., | Case No. 1:15-cv-00607-LJO-SAB |
| Plaintiffs, | |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| ANDREW ALANIZ, et al., | Case No. 1:15-cv-01063-LJO-SAB |
| Plaintiffs, | |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| JOSE APARICIO, et al., | Case No. 1:15-cv-01369-LJO-SAB |
| Plaintiffs, | |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

| | |
|---|---|
| DEREK BIRGE, et al., | Case No. 1:15-cv-01901-LJO-SAB |
| Plaintiffs, | ORDER VACATING JULY 31, 2019 HEARING |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

Currently before the Court are Defendants' motion to dismiss the above referenced actions which are set for oral argument on July 31, 2019. The Court, having reviewed the record, finds these matters suitable for decision without oral argument. <u>See</u> Local Rule 230(g). Accordingly, the previously scheduled hearing set on July 31, 2019, will be vacated and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:  **July 29, 2019**

_____
UNITED STATES MAGISTRATE JUDGE